DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTUAL MCNEAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1786

[September 27, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 10-18330 CF10A.

Victual McNeal, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*